RICHARD F. HARRISON and Others, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Others, Appellants.— Motion for a reargument or modification denied, with ten dollars costs. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Plaintiff, v. MONTFORD C. HOLLEY and Another, as Administrators, etc., of FRANK J. CONOVER, Appellants, and GERTRUDE M. DRAPER, Respondent.— Motion for a reargument denied, with ten dollars costs. Memorandum: The movant seems to misunderstand our opinion. [See *ante*, p. 338.] We did not mean to intimate that the testimony as to what occurred when the deceased went to Gillam's office was direct proof of gift but that as to the three policies the testimony as to what there occurred sufficiently corroborated the other proof as to establish the gift. Thus taking into consideration the evidence as a whole, we find that the gift of the three policies was established. The testimony of Gillam as to the fourth policy was not sufficient corroboration and in our opinion the proof as a whole fails satisfactorily to establish its transfer by gift. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

## FIRST DEPARTMENT, NOVEMBER, 1938.
### (November 10, 1938.)

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of the Application of LUCILLE LEMBERG and EVELYN J. LUBIN, and Others. GLOBE AND RUTGERS FIRE INSURANCE COMPANY — SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, etc., and Others.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. [See 254 App. Div. 491.] Settle orders on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.